Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Evelyna Oliva Lukela Carrillo | Chapter 13 Case Number: 06-40493-EDJ13 |
| Debtors(s) | |

**ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS**

The Trustee represents that as of July 06, 2011, all the payments owed by the above

named debtor(s) in the Chapter 13 Case filed on April 08, 2006 and confirmed by the

Court, have been paid.

DATE: July 08, 2011          /s/ Martha G. Bronitsky
                              Martha G. Bronitsky
                              Chapter 13 Standing Trustee